## HONORABLE STANLEY R. CHESLER

UNITED STATES OF AMERICA

MAGISTRATE # 02-3058-02

V.

Evelyn Rivera

DATE: 5/22/02

TAPE/COURT REPORTER: _____

TITLE _____ USC _____ M F P  CHARGE _IA_____

____ kcmp(complt)   ____ Kinfomisd filed         ____ Plea entered ____ Guilty ____ Not guilty
                                                 ____ Kplag/plea agreement
____ INDICTMENT/INFORMATION                      ____ Kconsmagtrl.
____ Warrant issued                              ____ Kfinaff./financial afidavit
____ kwarr/arrest warrant filed                  ____ kbnd/appearance bond
____ kars/arrest of deft.                        ____ co signature needed
____ Commitment                                  ____ ko/temporary detention order
_X__ kgaddatty/Gov.                              ____ any other ORDER initiated
_X__ kdaddatty/Dft./ _X_ ko./apptpd.             ____ Order of release/kocondrls.
_X__ k20appt.(cja)                               ____ Ko/any ORDER
____ INTERPRETER SWORN                           _X__ Kme./ ____ Initial appearance
____ Karsr40/Rule 40                             _X__ Kwv/prl prelim hrg. Waived
____ Prelim hrg ____ Removal hrg.                ____ Senddl/sentencing deadline
____ Prelim Hrg. Set for_____                 ____ Sentence Date for _____
____ DETENTION HRG SET FOR:                      ____ Detention Hearing Held
_____

U.S. ATTORNEY: Phil Kwan

DEFENSE COUNSEL: Paul Brickfield

PROBATION OFFICER: _____ PRETRIAL OFFICER _____

JUDGE'S RULING: $50,000. PR       PTS   PP

ng    avoid contact co-D
      fire arms