**FILED**

**JUN 20 2002**

Stanley R. Chesler,
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.M.J. |
| v. | : | Mag. No. 02-3058 (SRC) |
| EVELYN RIVERA | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Phillip H. Kwon, Assistant U.S. Attorney, appearing), and defendant Evelyn Rivera (by Paul Brickfield, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to allow the defendant and the Office of the United States Attorney for the District of New Jersey to conduct plea negotiations and finalize a plea agreement, and the defendant being aware that she has the right to have the matter submitted to a grand jury within thirty days of the date of her arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant having consented to the continuance in the above-captioned matter, and it appearing that the defendant waives such right, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 20 day of June, 2002;

ORDERED that this action be, and it hereby is, continued for a period of sixty (60) days from June 21, 2002 to August 20, 2002; and it is further

ORDERED that the period between June 21, 2002 and August 20, 2002 shall be excluded in computing time under the Speedy Trial Act of 1974.

HON. STANLEY R. CHESLER
United States Magistrate Judge

Consented and Agreed to by:

Paul Brickfield, Esq.
Counsel for Defendant Evelyn Rivera


Phillip H. Kwon, Esq.
Assistant U.S. Attorney

-2-