PS 8
(8/88)



# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

U.S.A. vs. **Rivera, Evelyn Margarita**                    Docket No. **02-3058-02**

Petition for Action on Conditions of Pretrial Release


COMES NOW **Sandra Bravo**  PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Rivera, Evelyn Margarita**, who was placed under pretrial release supervision by the Honorable **Stanley R. Chesler**  sitting in the Court at Newark, New Jersey on May 22, 2002, under the following conditions:

1. $50,000 Unsecured Appearance bond
2. Surrender of passport/do not apply for any
3. Travel restricted to New Jersey
4. Refrain from possessing a firearm
5. Refrain from use of alcohol or narcotics
6. Avoid all contact with co-defendant


Respectfully presenting petition for action of Court and for cause as follows:

The defendant's post release drug test was confirmed positive for cocaine. She has acknowledged a history of cocaine and marijuana abuse.

The defendant recently reported to Pretrial Services that she feels depressed and anxious.



PRAYING THAT THE COURT WILL ORDER **Drug testing and treatment and mental health evaluation and treatment as deemed appropriate by Pretrial Services.**

Honorable Stanley R. Chesler
U.S. Magistrate Judge

RE: RIVERA, EVELYN MARGARITA
Petition for Action on Conditions of Release
Page 2

ORDER OF COURT

Considered and ordered this _2 1_ day
of _July . 2-02_ and ordered filed
and made a part of the records in the above
case.

_____
U.S. Magistrate Judge

cc: Phil Kwon, AUSA
    Paul Brickfield, Defense Counsel

Respectfully,

_____
Sandra Bravo
U.S. Pretrial Services Officer
P.O. Box 20240
Newark, New Jersey 07102

_____
Robert Willan
Supervising Pretrial Services Officer

Date: July 23, 2002