**FILED**

**AUG 2 6 2002**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Stanley R. Chesler,
U.S. Magistrate Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 02-3058 (SRC) $-02$ |
| | : | |
| EVELYN RIVERA | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Christopher J.
Christie, United States Attorney for the District of New Jersey (by Phillip H. Kwon, Assistant
U.S. Attorney, appearing), and defendant Evelyn Rivera (by Paul Brickfield, Esq., appearing), for
an order granting a continuance of the proceedings in the above-captioned matter for a period of
sixty (60) days to allow the defendant and the Office of the United States Attorney for the
District of New Jersey to conduct plea negotiations and finalize a plea agreement, and the
defendant being aware that she has the right to have the matter submitted to a grand jury within
thirty days of the date of her arrest pursuant to Title 18 of the United States Code, Section
3161(b), and the defendant having consented to the continuance in the above-captioned matter,
and it appearing that the defendant waives such right, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the
following reasons:

(1)     Plea negotiations are currently in progress, and both the United States and the
defendant desire additional time to negotiate a plea agreement, which would render any grand
jury proceedings and any subsequent trial of this matter unnecessary;

(2)     Defendant has consented to the aforementioned continuance;

(3)     The grant of a continuance will likely conserve judicial resources; and

(4)     Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of

justice served by granting the continuance outweigh the best interest of the public and the

defendant in a speedy trial.

WHEREFORE, IT IS on this ⟍⟋ day of August, 2002;

ORDERED that this action be, and it hereby is, continued for a period of sixty (60) days

from August 20, 2002 to October 19, 2002; and it is further

ORDERED that the period between August 20, 2002 and October 19, 2002 shall be

excluded in computing time under the Speedy Trial Act of 1974.

HON. STANLEY R. CHESLER
United States Magistrate Judge

Consented and Agreed to by:

Paul Brickfield, Esq.
Counsel for Defendant Evelyn Rivera

Phillip H. Kwon, Esq.
Assistant U.S. Attorney

-2-