2002R00896/phk

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 03-59-01 (WGB) |
| v. | : | 18 U.S.C. § 371 |
| EVELYN RIVERA | : | INFORMATION |

**FILED** JAN 28 2003 At 8:30............M WILLIAM T. WALSH CLERK

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

Between in or about December, 2001 and in or about April, 2002, in the District of New Jersey and elsewhere, the defendant

### EVELYN RIVERA

did knowingly and willfully conspire and agree with others to execute a scheme and artifice to defraud a financial institution, namely Fleet Bank, and to obtain money, funds and assets owned by and under the custody and control thereof, by means of materially false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

## OVERT ACTS

In furtherance of the conspiracy and to effect its unlawful object, the following overt acts were committed in the District of New Jersey and elsewhere:

(1) On or about April 12, 2002, a co-conspirator met with defendant EVELYN RIVERA and provided her with a fraudulent New Jersey driver's license in the name of another individual but containing the photograph of defendant EVELYN RIVERA.

(2) On or about April 12, 2002, defendant EVELYN RIVERA entered a Fleet Bank branch located in Stamford, Connecticut and using the fraudulent New Jersey driver's license provided to her by the co-conspirator withdrew approximately $4,850 from the account of an individual who maintained an account at Fleet Bank.

In violation of Title 18, United States Code, Section 371.

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

## United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

EVELYN RIVERA

# INFORMATION FOR

18 U.S.C. § 371

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

PHILLIP H. KWON
*ASSISTANT U.S. ATTORNEY*
*NEWARK, NEW JERSEY*
(973) 645-2742