12

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                          DATE: 28 January 2003

JUDGE: William G. Bassler

COURT REPORTER: Walter Perelli

**FILED**
JAN 28 2003
At 8:30................M
WILLIAM T. WALSH
CLERK

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                                  Docket # 03cr59-01

U.S.A. v. Evelyn Rivera

Appearances:

AUSA-     Phillip Kwon
D         Paul Brickfield

Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1 Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 19 May 2003 @10:30 a.m.
ORDERED bail continued


Time Commenced_____
Time Adjourned_____

                                                _____
                                                 Deputy Clerk

cc: chambers