# UNITED STATES DISTRICT COURT
## For The District Of New Jersey

UNITED STATES OF AMERICA : WAIVER OF INDICTMENT

v. :

EVELYN RIVERA : Case Number: 03 CR 59

FILED
JAN 28 2003
At 8:30................M
WILLIAM T. WALSH
CLERK

I, Evelyn Rivera, the above named defendant, who is accused of knowingly and willfully conspiring and agreeing with others to execute a scheme and artifice to defraud a financial institution, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive in open court on __1/28/03__ prosecution by indictment and consent that the
    Date
proceeding may be by information rather than by indictment.

_____
Evelyn Rivera
Defendant

_____
Paul Brickfield, Esq.
Counsel for Defendant

Before: _____
United States District Judge