Brickfield & Donahue
70 Grand Avenue
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendant
Evelyn Rivera

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
|  | Docket No. 03-cr-59 |
| -against- |  |
| EVELYN RIVERA, |  |
|  | **ORDER AMENDING CONDITIONS** |
| Defendant. | **OF RELEASE** |

EVELYN RIVERA, by her attorney Paul B. Brickfield, having moved this Court for an Order amending her conditions of release to eliminate the requirement of home confinement and electronic monitoring, and the United States Attorney's Office by Assistant United States Attorney Phillip Kwon, and United States Pretrial Services by Daniela Lucanski, having consented to this request and for good and sufficient cause shown,

It is hereby **ORDERED** this 7th day of November 2003, that the home confinement and electronic monitoring conditions of Evelyn Rivera's condition of release be eliminated;

And, it is further **ORDERED** that all other conditions of release remain in full force and effect.

_____
Hon. William G. Bassler, U.S.D.J.