PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Evelyn Rivera                                     Cr.: 03-00059-001
                                                                    PACTS Number: 32824

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway

Date of Original Sentence: August 24, 2004

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: 5 years probation. Special Conditions: drug testing and treatment, mental health treatment, no new credit, obtain GED, and payment of restitution in the amount of $71,000.00.

Type of Supervision: Probation                         Date Supervision Commenced: 08/24/04

### PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. To vacate the following special condition(s): To obtain her GED

It is also requested that the Court allow the term of supervision to expire with restitution owing.

### CAUSE

The offender suffers from a mental health condition which alters her ability to focus and concentrate. Her functioning is limited; therefore, she has been unable to maintain full-time employment or obtain a GED.

Respectfully submitted,
By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 03/09/09

THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

Signature of Judicial Officer

3-16-09
Date